**PLAINTIFF/PETITIONER/MOVANT'S NAME** ANTHONY ALVAREZ,

**PRISON NUMBER** V-12145) C-Facility, C-3-111-L)

**PLACE OF CONFINEMENT** CENTINELA STATE PRISON

**ADDRESS** Imperial, California #92251)

2254 ✓   1983
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  ProSe ___

FILED
07 JUL 17 AM 10: 49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'07 CV 2062 H RBB JMA

---MMC

# United States District Court
## Southern District Of California

C 07 3667

ANTHONY ALVAREZ,
Plaintiff/Petitioner/Movant

v.

VICTOR M. ALMAGER, Warden,
Defendant/Respondent

Civil No. (06-2112)-WQH (PR)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Mr. ANTHONY ALVAREZ, Petitioner, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated?  ☒ Yes  ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  CENTINELA STATE PRISON
   Are you employed at the institution?         ☐ Yes  ☒ No
   Do you receive any payment from the institution?  ☐ Yes  ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                                                   H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ___N/A___

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. ___N/A___

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment        ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends       ☐ Yes ☒ No
   c. Pensions, annuities or life insurance                ☐ Yes ☒ No
   d. Disability or workers compensation                   ☐ Yes ☒ No
   e. Social Security, disability or other welfare         ☐ Yes ☒ No
   e. Gifts or inheritances                                ☐ Yes ☒ No
   f. Spousal or child support                             ☐ Yes ☒ No
   g. Any other sources                                    ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. $50.00 from sister, ~$20.00 from friend. (do not have funds coming from anyone on a regular basis)

4. Do you have any checking account(s)?    ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? ___N/A___

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. __None__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __None__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   10,000 COURT COSTS   300. TO SHIELA FAULKNER
   4053 8TH AVE, S.D. CALIF.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A
    N/A
    N/A

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. __None__

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

July 8th, 2007
DATE

/s/ Anthony Alvarez
SIGNATURE OF APPLICANT

ANTHONY ALVAREZ,
V-12145) C-Facility, C-3-111-L,
CENTINELA STATE PRISON.
#92251
In Pro Per

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Mr. ANTHONY ALVAREZ,__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__July 8th, 2007__
DATE

__/s/ Anthony Alvarez__
SIGNATURE OF PRISONER

ANTHONY ALVAREZ,
V-12145, C-Facility, C-3-111-L
CENTINELA STATE PRISON
In Proper,...

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

---

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___Mr. ANTHONY ALVAREZ,___,
(NAME OF INMATE)

___V-12145, C-Facility, C-3-111-L)___,
(INMATE'S CDC NUMBER)

has the sum of $___.65___ on account to his/her credit at

___Centinela State Prison___.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___0___

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ ___5.28___,

and the *average monthly deposits* to the applicant's account was $___5.25___.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2)</u>.

___July, 2007___
DATE

___Alicia [signature]___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___Alicia Garcia___
OFFICER'S FULL NAME (PRINTED)

___Account Clerk II___
OFFICER'S TITLE/RANK

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2007 THRU JUL. 10, 2007

```
ACCOUNT NUMBER : V12145                BED/CELL NUMBER: FCB3T1000000111L
ACCOUNT NAME   : ALVAREZ, ANTHONY      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
```

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/01/2007 | | BEGINNING BALANCE | | | | | 0.15 |
| 04/26 | *DD30 | CASH DEPOSIT | 5510 MLRM | | 9.00 | | 9.15 |
| 05/01 | *DD30 | CASH DEPOSIT | 5590 MLRM | | 22.50 | | 31.65 |
| 05/14 | FC03 | DRAW-FAC 3 | 5905 FAC C | | | 31.00 | 0.65 |

## * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/13/03                            CASE NUMBER: *SCD174061
COUNTY CODE: *SD                                    FINE AMOUNT: $    300.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 02/01/2007 | | BEGINNING BALANCE | | 300.00 |
| 04/26/07 | DR30 | REST DED-CASH DEPOSIT | 10.00- | 290.00 |
| 05/01/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 265.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.15 | 31.50 | 31.00 | 0.65 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

0.65

ANTHONY ALVAREZ,
V-12145) C-Facility, C5-127-L
CENTINELA STATE PRISON
Post Office Box-921,
Imperial, California

E-Filing # 9225/

FILED
07 AUG 10 PM 4:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL
Filed: Jul. 17, 2007

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANTHONY ALVAREZ,

Plaintiff,

vs.

VICTOR M. ALMAGER,
Warden.
Defendant.

CASE NO. C 07 3667 MMC (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

5AA

I, ANTHONY ALVAREZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A                Net: N/A

Employer: Not Applicable

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N/A___Not Applicable_____
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or              Yes ___ No X
10           self employment
11      b.   Income from stocks, bonds,           Yes ___ No X
12           or royalties?
13      c.   Rent payments?                       Yes ___ No X
14      d.   Pensions, annuities, or              Yes ___ No X
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ___ No X
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.      Are you married?                      Yes ___ No X
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____ Net $_____N/A_____
28  4.      a.   List amount you contribute to your spouse's support:$ ___N/A___

   b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

   N/A
   _____

5. Do you own or are you buying a home?   Yes ___ No  X
   Estimated Market Value: $ N/A   Amount of Mortgage: $ _____
6. Do you own an automobile?   Yes ___ No  X
   Make  N/A   Year _____ Model _____
   Is it financed? Yes ____ No ____ If so, Total due: $ Not Applicable
   Monthly Payment: $ N/A
7. Do you have a bank account?   Yes ___ No X (Do not include account numbers.)
   Name(s) and address(es) of bank: Not Applicable
   _____
   Present balance(s): $ N/A
   Do you own any cash?   Yes ___ No X   Amount: $ None
   Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No X
   _____

8. What are your monthly expenses?
   Rent: $ N/A  X   Utilities:  N/A
   Food: $ N/A   Clothing:  N/A
   Charge Accounts:

   | Name of Account | Monthly Payment | Total Owed on This Acct. |
   |---|---|---|
   | N/A | $ N/A | $ N/A |
   |  | $ | $ |
   |  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$10,000 COURT COSTS

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

None

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Aug. 6th, 2007                    Anthony Alvarez
DATE                              SIGNATURE OF APPLICANT

ANTHONY ALVAREZ,
V-12145) C-Facility, C-5-127-L
CENTINELA STATE PRISON.
Imperial, California
#92251

In Pro Per,...

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: C07-3667

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Anthony Alvarez** for the last six months
[prisoner name]
**Centinela State Prison** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **5.25** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **6.82**.

Dated: **8/7/07**

_____
[Authorized officer of the institution]

```
REPORT ID: TS3030                                              REPORT DATE: 08/07/0
                                                               PAGE NO:
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CENTINELA STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAR. 01, 2007 THRU AUG. 07, 2007

ACCOUNT NUMBER  : V12145              BED/CELL NUMBER: FCB5T1000000127L
ACCOUNT NAME    : ALVAREZ, ANTHONY    ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                            TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE   DESCRIPTION    COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----   ----   -----------    -------      ---------   --------   -----------   -------

03/01/2007    BEGINNING BALANCE                                                   0.15

04/26*DD30  CASH DEPOSIT    5510 MLRM                  9.00                       9.15
05/01*DD30  CASH DEPOSIT    5590 MLRM                 22.50                      31.65
05/14 FC03  DRAW-FAC 3      5905 FAC C                            31.00           0.65


                           CURRENT HOLDS IN EFFECT
  DATE         HOLD
 PLACED        CODE         DESCRIPTION              COMMENT         HOLD AMOUNT
 ------        ----     --------------------        ---------        -----------
07/10/2007     H109    LEGAL POSTAGE HOLD           0202 7/9              5.38
07/10/2007     H109    LEGAL POSTAGE HOLD           0202 7/9              4.60


                     * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/13/03                     CASE NUMBER: *SCD174061
COUNTY CODE: *SD                             FINE AMOUNT: $      300.00

  DATE        TRANS.       DESCRIPTION                TRANS. AMT.      BALANCE
  ----        ------       -----------                -----------      -------

03/01/2007    BEGINNING BALANCE                                         300.00

04/26/07      DR30     REST DED-CASH DEPOSIT             10.00-         290.00
05/01/07      DR30     REST DED-CASH DEPOSIT             25.00-         265.00

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      *


                           TRUST ACCOUNT SUMMARY
BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS       TRANSACTION
 BALANCE      DEPOSITS    WITHDRAWALS   BALANCE      BALANCE      TO BE POSTE
 -------      --------    -----------   -------      -------      -----------
   0.15         31.50        31.00        0.65         9.98            0.00

                                                                   CURRENT
                                                                  AVAILABLE
                                                                   BALANCE
                                                                  ---------
                                                                       9.3
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICE

Trust Officer :—
Administration - Building
   (Mail - Room)
CENTINELA STATE PRISON.
Imperial, California
   #92251

August 5th, 2007)

Re:   (Enclosed) Self-Stamped & Addressed Envelope TO
The Court :— Need You To Sign Last Page &
fill it out & Mail it To Court-(FORM))
               (The Court FORM)

Dear Trust Officer                  :

Will you please fill out Prisoners Status &
Sign The Last Page and Mail To Federal Court.
— Thanking You in Advance for your Concern

                    SINCERELY,
                    /S/ Anthony Alvarez
                    ANTHONY ALVAREZ,
                    V-12145.) C-Facility, C5-127-L
                    CENTINELA STATE PRISON.
                    Imperial, California
                          #92251

                    In Pro Per,......

(On a legal DEADLINE)