1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11

ANTHONY ALVAREZ,

Civil No.    07-2062 H (JMA)

12

Petitioner,

13

**ORDER DIRECTING CLERK TO:**

v.

14

**(1) FILE PETITION IN CASE NO. 07cv2062 [doc. no. 1] AS NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY IN CASE NO. 06cv2112; and**

VICTOR M. ALMAGER, Warden,

15

16

Respondent.

**(2) CLOSE CASE NO. 07cv2062**

17

18      On July 17, 2007, Petitioner, a state prisoner proceeding pro se, filed a document entitled

19 "Notice of Appeal with Request for Certificate of Appealability," together with a request to

20 proceed in forma pauperis, in the Northern District of California.  Petitioner wrote in a case

21 number, 06cv2112 WQH, on the document.  The matter was transferred to this Court on October

22 26, 2007 and was filed a new petition pursuant to 28 U.S.C. § 2254 (West 2007).  (*See* doc. no.

23 1.)

24      Upon review of the document, it appears that Petitioner is not seeking to file a new habeas

25 corpus petition, but rather seeks to file a Notice of Appeal and Request for Certificate of

26 / / /

27 / / /

28 / / /

1  Appealability of the Order denying his petition in case no. 06cv2112 WQH (JMA).  (*See* Order

2  dated August 10, 2007 [doc. no 12].)   According, the Clerk of Court **IS ORDERED TO**:

3      1.  File the documents currently filed as a Petition for Writ of Habeas Corpus in case

4  number 07cv2062 [doc. no. 1] and a motion to proceed in forma pauperis [doc. no. 2] as a Notice

5  of Appeal and Request for Certificate of Appealability and a motion to proceed in forma paupers

6  on appeal in case no. 06cv2112.  The documents are to be filed nunc pro tunc to July 17, 2007;

7  and

8      2.  The Clerk of Court is directed to close case no. 07cv2062.

9      **IT IS SO ORDERED.**

10  DATED: November 6, 2007

11  _____

MARILYN L. HUFF, District Judge

12  UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28